

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00850-CV

**IN RE** Dr. Nancy T. **POBLENZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  December 17, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On December 8, 2014, relator Dr. Nancy T. Poblenz filed a petition for writ of mandamus and an emergency motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-20890, styled *Daniel Coindreau, Individually and Andrea Fernandez, Individually and as Next Friend of C. C., A Minor v. CHRISTUS Santa Rosa Health Care Corporation d/b/a CHRISTUS Santa Rosa Hospital*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.